NANCY A. MONK *v.* CHARLES M. FAZIO

CHARLES M. FAZIO *v.* NANCY A. MONK
(13260)

DUPONT, C. J., and SCHALLER and SPEAR, Js.

Argued April 20—decision released May 16, 1995

*Ridgely W. Brown,* with whom, on the brief, was *Benjamin E. Gershberg,* for the appellant (defendant in the first case, plaintiff in the second case).

*Jean L. Welty,* for the appellee (plaintiff in the first case, defendant in the second case).

*Carolyn Comerford,* for the minor child.

PER CURIAM. The judgment is affirmed.